1 BRIAN J. STRETCH (CABN 163973)
United States Attorney



**FILED**

MAY 1 1 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



UNITED STATES OF AMERICA,  ) CASE NO. CR17 265
    Plaintiff,  )
        ) **UNITED STATES' MOTION TO SEAL AND [PROPOSED] ORDER**
    v.  )
        )
LAWRENCE GILBERT,  )
    Defendant.  )

1

The United States hereby moves the Court for an order sealing this Motion, the Indictment, the Arrest Warrant, the Penalty Sheets, this Sealing Order, and any other related documents until further order of the Court. Disclosure of these documents may cause the defendant to flee, destroy evidence or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendant. The United States also requests that a copy of the Indictment and Arrest Warrant be provided to agents of the Bureau of Alcohol, Tobacco, and Firearms, as well as employees of the United States Attorney's Office, and that the Indictment and Arrest Warrant may be disclosed to federal agents and other law enforcement officer in order to effectuate the arrest of the defendant.

Dated: May 11, 2017                              Respectfully submitted,

                                                 BRIAN J. STRETCH
                                                 United States Attorney

                                                 *Jerome Mayer-Cantú*
                                                 JEROME MAYER-CANTÚ
                                                 Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Seal the Indictment, Arrest Warrant, Penalty Sheets, this Sealing Order, and other related documents in this case shall be sealed until further order of the court. A copy of the Indictment and Arrest Warrant shall be provided to agents of the Bureau of Alcohol, Tobacco, and Firearms, as well as employees of the United States Attorney's Office, and the Indictment and Arrest Warrant may be disclosed to federal agents and other law enforcement officer in order to effectuate the arrest of the defendants.

IT IS SO ORDERED.

DATED: 5/11/17

                                                 HON. JOSEPH C. SPERO
                                                 Chief United States District Court Judge